AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

CERTIFIED TRUE COPY
ATTEST: RAVI SUBRAMANIAN
Clerk, U.S. District Court
Western District of Washington

By _Stefanie Kattler_
                    Deputy Clerk

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>The SUBJECT PARCEL bearing confirmation no. EJ842363351US, more fully described in Attachment A | )<br>)<br>)  Case No.  MJ21-401<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Western_____ District of _____Washington_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before   July 26, 2021   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   any U.S. Magistrate Judge in the West. Dist. of Washington   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   07/12/2021 at 10:30 am      _signature_
                                                                                                  Judge's signature

City and state:      Seattle, Washington                    Mary Alice Theiler, United States Magistrate Judge
                                                                                           *Printed name and title*

USAO# 2021R00793

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 3419645-PMN | Date and time warrant executed: July 12, 2021 11:20 AM | Copy of warrant and inventory left with: USPS |
| Inventory made in the presence of : Inspectors M. Vanicek and M. Fischlin | | |
| Inventory of the property taken and name of any person(s) seized: 24 One Hundred Dollar Bills; Eleven Fifty Dollar Bills; 291 Twenty Dollar Bills; 2 Twenty Dollar Bills 2 Five Dollar Bills for a total of $8,800 in US currency. //--------------------------------------NOTHING FOLLOWS--------------------------------------// | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: July 12, 2021

*Executing officer's signature*

Mitch Vanicek, United States Postal Inspector
*Printed name and title*

## ATTACHMENT A
### Parcel to be searched

One Priority Mail Express parcel addressed to "Oksana Sharp, 14710 81st AVE CT. E, Puyallup, WA 98375," with a return address of "Z. Dawson, 1935 Garden Lane, Cincinnati, Ohio 45231." This parcel is a Priority Mail Express parcel measuring approximately 14" x 11" x 1". The parcel weighs approximately 1 pound. This parcel is postmarked July 6, 2021, from Cincinnati, OH, and carries $26.35 in postage. The tracking number associated with the parcel is EJ842363351US.



ATACHMENT A - 1
PARCEL TO BE SEARCHED
USAO# No. 2021R00793 [DAWSON to SHARP]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ATTACHMENT B
## Items to be seized

The following items that constitute evidence, instrumentalities, or fruits of violations of Title 21, United States Code, Section(s) 841(a)(1) and 843(b), unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of controlled substances:

a. Controlled substances, including, but not limited to, cocaine, crack cocaine, heroin, hashish, marijuana, methamphetamine, MDMA, methadone, fentanyl, oxycodone, and Oxycontin;

b. Monetary instruments, including but not limited to, currency, money orders, bank checks, or gift cards;

c. Controlled substance-related paraphernalia;

d. Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

e. Notes, letters, and other items which communicate information identifying the sender and/or recipient or pertaining to the contents of the mailing; and

f. Fingerprints and/or handwriting, to identify who handled and/or mailed the parcel.

ATACHMENT B - 1
ITEMS TO BE SEIZED
USAO# No. 2021R00793[DAWSON to SHARP]

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970